## UNITED STATES DISTRICT COURT

For the

Southern District of New York

PERPETUAL ASHARE  )

    Plaintiff  ) Case No. 1:25-cv-02834 (GHW)(KHP)

)

SONTAG & HYMAN, P.C., MARC H. HYMAN,

EAST HARLEM MEC PARCEL C L.P.,

EAST HARLEM MEC PARCEL C HOUSING

    FUND DEVELOPMENT CORPORATION,

    METRO 125, INC and

RICHMAN PROPERTY SERVICES, INC.  )

    Defendants

## APPEARANCE OF COUNSEL

To: The Clerk of the Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear for the Defendant: RICHMAN PROPERTY SERVICES.

Dated: June 19, 2025

                                                    GEORGE SAVA
                                                    Port and Sava
                                                    303 Merrick Road, Suite 212
                                                    Lynbrook, New York 11563
                                                    (516) 352-2999
                                                    George@Port-and-Sava.com