**PORT & SAVA**
COUNSELORS AT LAW

GEORGE S. SAVA
george@portandsava.com

June 19, 2025

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

    Re: Perpetual Ashare v. Sontag & Hyman, P.C. et. al.
       Docket No.: 1:25-cv-02834-GHW-KHP
       Joint Request for Leave to File Answer Out of Time

Dear Judge Parker:

  We write jointly on behalf of both the Plaintiff Perpetual Ashare's counsel and Defendant Richman Property Services Inc.'s counsel, in the above-captioned matter to respectfully request that the Court permit Defendant Richman Property Services Inc., to interpose an answer to the Plaintiff's complaint to July 3, 2025.

  Due to miscommunication between the parties as to the responsive period for the Answer, the Defendant requires an additional two (2) weeks to respond to the Complaint. The response time for the Answer was June 17, 2025, but through the miscommunication, the Defendant's counsel believed there was additional time. This is the first request for an extension. The parties have conferred, and the Plaintiff's counsel consents to the extension.

  Accordingly, the parties respectfully request that the Court grant Defendant leave to file an answer to the complaint on or before July 3, 2025.

  This request is made in good faith and not for the purpose of delay. Granting the requested relief will not prejudice any party, and we believe it will promote the orderly progression of the case.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

| | |
|---|---|
| _[signature]_ | /S/ |
| George S. Sava, Esq. | Ahmad Keshavarz, Esq. |
| Port & Sava | Law Office of Ahmad Keshavarz |
| Attorneys for the Defendant Richman | Attorney for the Plaintiff |
| 303 Merrick Road, Suite 212 | 16 Court Street, Suite 2600 |
| Lynbrook, NY 11563 | Brooklyn, NY 11241-1026 |
| (516) 352-2999 | (347) 308-4859 |
| george@portandsava.com | ahmad@newyorkconsumerattorney.com |

CC: All parties via ECF