# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

                **Plaintiff(s),**

        **- against -**                       _____ **Civ.** _____ (\_\_\_)

                                                      **CLERK'S CERTIFICATE**
                                                            **OF DEFAULT**

                **Defendant(s),**

-------------------------------------------------------------X

        **I, TAMMI M. HELLWIG,** Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, Doc. #(s) _____ .

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

          _____, 20\_\_\_                          **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                                                    **By:** _____
                                                           **Deputy Clerk**