UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

**PERPETUAL ASHARE,**

                                                                         Case No.: 1:25-cv-02834- GHW-KHP

                **Plaintiff,**

    -against-

**SONTAG & HYMAN, P.C.,**
**MARC H. HYMAN,**
**EAST HARLEM MEC PARCEL C L.P.,**
**EAST HARLEM MEC PARCEL C**
**HOUSING FUND DEVELOPMENT**
**CORPORATION,**
**METRO 125, INC and**
**RICHMAN PROPERTY SERVICES, INC**

                **Defendants.**

------------------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT EAST HARLEM MEC PARCEL C HOUSING FUND DEVELOPMENT CORPORATION**

TO:    Tammi M. Hellwig
         Clerk of Court
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant East Harlem MEC Parcel C Housing Fund Development Corporation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
          June 19, 2025

                                       Respectfully submitted,

                                       /s/ *Ahmad Keshavarz*

                                       By: _____
                                       Ahmad Keshavarz
                                       The Law Office of Ahmad Keshavarz
                                       16 Court St., 26th Floor
                                       Brooklyn, NY 11241-1026
                                       Fax:   (877) 496-7809
                                       Email: ahmad@NewYorkConsumerAttorney.com