UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**PERPETUAL ASHARE,**

                      **Plaintiff,**

    -against-

**SONTAG & HYMAN, P.C.,**
**MARC H. HYMAN,**
**EAST HARLEM MEC PARCEL C L.P.,**
**EAST HARLEM MEC PARCEL C**
**HOUSING FUND DEVELOPMENT**
**CORPORATION,**
**METRO 125, INC and**
**RICHMAN PROPERTY SERVICES, INC**

                    **Defendants.**

Case No.: 1:25-cv-02834- GHW-KHP

-------------------------------------------------------------------X

## REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT METRO 125

TO:    Tammi M. Hellwig
           Clerk of Court
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant Metro 125, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
           June 19, 2025

                                            Respectfully submitted,

                                            /s/ *Ahmad Keshavarz*

                                            By: _____
                                            Ahmad Keshavarz
                                            The Law Office of Ahmad Keshavarz
                                            16 Court St., 26th Floor
                                            Brooklyn, NY 11241-1026
                                            Fax:   (877) 496-7809
                                            Email: ahmad@NewYorkConsumerAttorney.com