UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PERPETUAL ASHARE

                         **Plaintiff(s),**

                **- against -**

SONTAG & HYMAN, P.C., MARC H. HYMAN,

                        **Defendant(s),**
-------------------------------------------------------------X

1:25 Civ. 2834 (GHW)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 4, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) East Harlem MEC Parcel C L.P. by personally serving Anthony Burris, New York Secretary of State, and proof of service was therefore filed on June 3, 2025, Doc. #(s) 25.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

      June 20, 20 25

                                                   TAMMI M. HELLWIG
                                                   Clerk of Court

                                       **By:** _____
                                                    **Deputy Clerk**