UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PERPETUAL ASHARE,

                Plaintiff,

    v.

SONTAG & HYMAN, P.C., MARC H. HYMAN.,
EAST HARLEM MEC PARCEL C L.P., EAST
HARLEM MEC PARCEL C HOUSING FUND
DEVELOPMENT CORPORATIONM METRO 125,
INC., and RICHMAN PROPERTY SERVICES, INC.,

                Defendants,

-------------------------------------------------------------------------X

Case No. 25-cv-2834-GHW-KHP

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that MICHAEL G. JACOBSON, ESQ. of MARSHALL DENNEHEY, P.C., hereby appears on behalf of defendants, SONTAG & HYMAN, P.C., and MARC H. HYMAN, in the above-captioned matter and respectfully requests that all notices and papers be given to and served upon the undersigned at the office, address, and telephone number set forth below.

DATED:  New York, New York
              June 9, 2025

                                                  */s/ Michael G. Jacobson*
                                                  MARSHALL DENNEHEY, P.C.
                                                  By:  MICHAEL G. JACOBSON, ESQ.
                                                  *Attorneys for Defendants*
                                                  *SONTAG & HYMAN, P.C.,*
                                                  *and MARC H. HYMAN*
                                                  88 Pine Street, Floor 29
                                                  New York, New York 10005
                                                  (212) 376-6425

*/s/ Michael G. Jacobson*
MARSHALL DENNEHEY, P.C.
By:  MICHAEL G. JACOBSON, ESQ.
*Attorneys for Defendants*
*SONTAG & HYMAN, P.C.,*
*and MARC H. HYMAN*
88 Pine Street, Floor 29
New York, New York 10005
(212) 376-6425