

# PORT & SAVA
COUNSELORS AT LAW

GEORGE S. SAVA
george@portandsava.com

June 24, 2025

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

          Re:     **Perpetual Ashare v. Sontag & Hyman, P.C. et. al.**
                  **Docket No.: 1:25-cv-02834-GHW-KHP**
                  **Joint Request for Leave to File Answer Out of Time**

Dear Judge Parker:

      We write jointly on behalf of both the Plaintiff Perpetual Ashare's counsel and Defendant EAST HARLEM MEC PARCEL C HOUSING FUND DEVELOPMENT CORPORATION ("Defendant"), in the above-captioned matter to respectfully request that the Court permit Defendant to interpose an answer to the Plaintiff's complaint to July 3, 2025.

      Because counsel was just retained by the Defendant, the Defendant requires an additional two (2) weeks to respond to the Complaint. The response time for the Answer was June 17, 2025. This is the first request for an extension. The parties have conferred, and the Plaintiff's counsel consents to the extension.

      Accordingly, the parties respectfully request that the Court grant Defendant leave to file an answer to the complaint on or before July 3, 2025.

      This request is made in good faith and not for the purpose of delay. Granting the requested relief will not prejudice any party, and we believe it will promote the orderly progression of the case.

      We thank the Court for its attention to this matter.

                                                        Respectfully submitted,

| | |
|---|---|
| _/s/_ | _/s/_ |
| George S. Sava, Esq. | Cecilia S. MacArthur, Esq. |
| Port & Sava | Manhattan Legal Services |
| Attorneys for the Defendant Richman | Attorneys for Plaintiff |
| 303 Merrick Road, Suite 212 | 40 Worth Street, Suite 606 |
| Lynbrook, NY 11563 | New York, NY 10013 |
| (516) 352-2999 | (646) 442-3167 |
| george@portandsava.com | cmacarthur@lsnyc.org |

CC: All parties via ECF