George S. Sava, Esq.
Port & Sava
303 Merrick Road
Suite 212
Lynbrook, NY 11563
Telephone: (516) 352-2999
Facsimile: (516) 352-3933
george@portandsava.com
*EAST HARLEM MEC PARCEL C L.P.,*
*EAST HARLEM MEC PARCEL C HOUSING*
*FUND DEVELOPMENT CORPORATION,*
*METRO 125, INC and*
*RICHMAN PROPERTY SERVICES, INC.*

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PERPETUAL ASHARE,                    Civil Action No. 1:25-cv-02834-GHW-KHP

                    Plaintiff,

        -against-                    **STIPULATION AND PROPOSED**
                                     **ORDER VACTING CLERK'S ENTRY**
                                     **OF DEFAULT TO ALLOW FOR**
SONTAG & HYMAN, P.C.,                **A RESPONSIVE PLEADING**
MARC H. HYMAN,
EAST HARLEM MEC PARCEL C L.P.,
EAST HARLEM MEC PARCEL C HOUSING
FUND DEVELOPMENT CORPORATION,
METRO 125, INC and
RICHMAN PROPERTY SERVICES, INC.

                    Defendants.
-----------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff PERPETUAL

ASHARE ("Plaintiff"), and Defendant EAST HARLEM MEC PARCEL C L.P. ("Defendant'),

through their undersigned counsel, as follows:

    1. The Clerk's Entry of Default dated June 20, 2025 against Defendant for failure to plead

or otherwise defend is hereby vacated;

2. Plaintiff consents to the filing of an Answer to the Plaintiff's Complaint on or before July 3, 2025.

**IT IS FURTHER STIPULATED AND AGREED** that: (1) this Stipulation may be executed in counterparts, and (2) facsimile signatures shall have the same force and effect as originals.

George S. Sava, Esq.
Port & Sava
303 Merrick Road, Suite 212
Lynbrook, NY 11563
(516) 352-2999
george@portandsava.com

*Attorneys for the Defendant Richman*

Cecilia S. MacArthur, Esq.
Manhattan Legal Services
40 Worth Street, Suite 606
New York, NY 10013
646-442-3167
cmacarthur@lsnyc.org

*Attorney for the Plaintiff*

By: _____
George S. Sava, Esq.

By: _____
Cecilia S. MacArthur, Esq.

Dated: June 27, 2025

Dated: June 24, 2025


SO ORDERED:

_____
Hon. Katharine H. Parker, U.S.M.J.