George S. Sava, Esq.
Port & Sava
303 Merrick Road
Suite 212
Lynbrook, NY 11563
Telephone: (516) 352-2999
Facsimile: (516) 352-3933
george@portandsava.com
*EAST HARLEM MEC PARCEL C L.P.,*
*EAST HARLEM MEC PARCEL C HOUSING*
*FUND DEVELOPMENT CORPORATION,*
*METRO 125, INC and*
*RICHMAN PROPERTY SERVICES, INC.*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PERPETUAL ASHARE,                                  Civil Action No. 1:25-cv-02834-GHW-KHP

                Plaintiff,

    -against-                                           **STIPULATION AND PROPOSED**
                                                                              **ORDER VACTING CLERK'S ENTRY**
SONTAG & HYMAN, P.C.,                              **OF DEFAULT TO ALLOW FOR**
MARC H. HYMAN,                                     **A RESPONSIVE PLEADING**
EAST HARLEM MEC PARCEL C L.P.,
EAST HARLEM MEC PARCEL C HOUSING
FUND DEVELOPMENT CORPORATION,
METRO 125, INC and
RICHMAN PROPERTY SERVICES, INC.

                Defendants.
-----------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff PERPETUAL

ASHARE ("Plaintiff"), and Defendant EAST HARLEM MEC PARCEL C L.P. ("Defendant'),

through their undersigned counsel, as follows:

        1. The Clerk's Entry of Default dated June 20, 2025 against Defendant for failure to plead

or otherwise defend is hereby vacated;

2. Plaintiff consents to the filing of an Answer to the Plaintiff's Complaint on or before July 3, 2025.

**IT IS FURTHER STIPULATED AND AGREED** that: (1) this Stipulation may be executed in counterparts, and (2) facsimile signatures shall have the same force and effect as originals.

| | |
|---|---|
| George S. Sava, Esq.<br>Port & Sava<br>303 Merrick Road, Suite 212<br>Lynbrook, NY 11563<br>(516) 352-2999<br>george@portandsava.com | Cecilia S. MacArthur, Esq.<br>Manhattan Legal Services<br>40 Worth Street, Suite 606<br>New York, NY 10013<br>646-442-3167<br>cmacarthur@lsnyc.org |
| *Attorneys for the Defendant Richman* | *Attorney for the Plaintiff* |
| By: _____<br>George S. Sava, Esq. | By: _____<br>Cecilia S. MacArthur, Esq. |
| Dated: June 27, 2025 | Dated: June 24, 2025 |

SO ORDERED:

_Katharine H Parker_
Hon. Katharine H. Parker, U.S.M.J.