UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

**PERPETUAL ASHARE,**

                                                                 Case No.: 1:25-cv-02834- GHW-KHP

                  **Plaintiff,**

     -against-

**SONTAG & HYMAN, P.C.,
MARC H. HYMAN,
EAST HARLEM MEC PARCEL C L.P.,
EAST HARLEM MEC PARCEL C
HOUSING FUND DEVELOPMENT
CORPORATION,
METRO 125, INC and
RICHMAN PROPERTY SERVICES, INC**

                 **Defendants.**
---------------------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT FOR
DEFENDANT METRO 125, INC.**

TO:    Tammi M. Hellwig
           Clerk of Court
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant Metro 125, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
            July 7, 2025

                                          Respectfully submitted,

                                              /s/ *Ahmad Keshavarz*

                                        By: _____
                                        Ahmad Keshavarz
                                        The Law Office of Ahmad Keshavarz
                                        16 Court St., 26th Floor
                                        Brooklyn, NY 11241-1026
                                        Fax:   (877) 496-7809
                                        Email: ahmad@NewYorkConsumerAttorney.com