AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Perpetual Ashare ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-2834 (GHW) (KHP) |
| Sontag & Hyman, P.C., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perpetual Ashare (Plaintiff)

Date: 07/10/2025

*Attorney's signature*

Luis Alberto Henriquez Carrero (4832085)
*Printed name and bar number*

Manhattan Legal Services
2090 Adam Clayton Powell Jr. Blvd, 5th Fl
New York, NY 10027
*Address*

lahenriquez@lsnyc.org
*E-mail address*

(646) 442-3336
*Telephone number*

(646) 859-8581
*FAX number*