

88 Pine Street, New York, NY, NY 10006

Direct Dial:  (212) 376-6425
Email:  mgjacobson@mdwcg.com

August 7, 2025

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:    *Perpetual Ashare v. Sontag & Hyman, P.C., et al.*
            Case No.    :    25-cv-02834

Dear Judge Parker:

    This firm represents Defendants Sontag & Hyman, P.C. ( "Sontag & Hyman") and Marc H. Hyman ("Hyman") (collectively, "Sontag & Hyman") in the above-referenced action.

    Sontag & Hyman requests an extension of its deadline to file its Motion to Dismiss. All Parties consent to the following revised briefing schedule: a) Motions to Dismiss to be filed by September 3, 2025 in place of August 11, 2025, and b) for opposition to said motions to be due October 10 and replies due on October 24, 2025.

    All parties consent to this application and letter. This is the first request for an extension of the current deadlines.

    Thank you for your time and consideration of this request.

                                    Very truly yours,

                                    */s/ Michael G. Jacobson*
                                    Michael G. Jacobson, Esq.

**cc: VIA ECF**

Ahmad Keshavarz, Esq.
Cecilia Sawaya MacArthur, Esq.
Mary Rockett, Esq.
George S. Sava, Esq.