UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERPETUAL ASHARE, <br><br> Plaintiff, <br> v. <br><br> SONTAG & HYMAN, P.C., MARC H. HYMAN, EAST HARLEM MEC PARCEL C LP., EAST HARLEM MEC PARCEL C HOUSING FUND DEVELOPMENT CORPORATION, METRO 125, INC., and RICHMAN PROPERTY SERVICES, INC., <br><br> Defendants. | Civil Action No: 25-cv-02834-GHW-KHP <br><br> **NOTICE OF MOTION** <br><br> *Oral Argument Will be Held On A Date and Time To Be Designated By the Court.* |

**PLEASE TAKE NOTICE,** that upon the supporting memorandum of law and affidavit of Matthew K. Flanagan submitted in support thereof, Defendants SONTAG & HYMAN, P.C., and MARC H. HYMAN will move this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint and any crossclaims , in its entirety, based on its failure to state a claim upon which relief can be granted.  This motion is made following the Initial Conference, which took place on July 10, 2025.  Plaintiff declined an opportunity to amend.

Dated: New York, New York
September 3, 2025

                                                  Respectfully Submitted,
                                                  MARSHALL DENNEHEY, P.C.

                                                  By: _____
                                                  Matthew K. Flanagan, Esq.
                                                  *Attorneys for Defendants*
                                                  *Sontag & Hyman, P.C.,*
                                                  *And Marc H. Hyman*
                                                  88 Pine Street, 29th Floor
                                                  New York, NY 10005
                                                  (212) 376-6400
                                                  mkflanagan@mdwcg.com