UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| PERPETUAL ASHARE, | Civil Action No: 25-cv-02834-GHW-KHP |
| Plaintiff, | |
| v. | AFFIRMATION IN SUPPORT |
| SONTAG & HYMAN, P.C., MARC H. HYMAN, EAST HARLEM MEC PARCEL C LP., EAST HARLEM MEC PARCEL C HOUSING FUND DEVELOPMENT CORPORATION, METRO 125, INC., and RICHMAN PROPERTY SERVICES, INC., | |
| Defendants. | |

STATE OF NEW YORK     )
                                       )ss.:
COUNTY OF NEW YORK   )

**MATTHEW K. FLANAGAN**, being duly sworn, deposes and says as follows:

1. I am a Shareholder of Marshall Dennehey, P.C., attorney for Defendants, Sontag & Hyman, P.C., and Marc H. Hyman in the above-captioned action (hereinafter "Hyman Defendants").

2. I submit this affirmation in support of the attached Memorandum of Law in Support Hyman Defendants' Motion to Dismiss Plaintiff's Complaint for failure to state a claim pursuant to 12(b)(6).

3. Attached herein as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint.

**WHEREFORE**, it is respectfully requested that the Hyman defendants' motion to dismiss be granted in its entirety; and for such other and further relief as the Court deems just and proper.

I, Matthew Flanagan, do state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 3, 2025
          New York, New York

_____
Matthew K. Flanagan, Esq.