Telephone: (718) ___-____   WWW.NEWYORKCONSUMERATTORNEY.COM
Fax: (877) ___-____   ahmad@NewYorkConsumerAttorney.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2025

APPLICATION GRANTED   10/06/2025

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

**VIA ECF**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** **Plaintiff's consent letter motion for two week extension of time to file opposition to Attorney Defendants' motion to dismiss.**
> *Perpetual Ashare v. Sontag & Hyman, P.C. et al.,* Case 1:25-cv-02834-GHW-KHP

Dear Judge Parker:

The undersigned, along with co-counsel Manhattan Legal Services, represents Plaintiff Perpetual Ashare in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against Sontag & Hyman, P.C. and a principal at the firm, Marc H. Hyman, (collectively the "Attorney Defendants); and state law claims against property owners East Harlem Mec Parcel C, L.P., and East Harlem MEC Parcel C Housing Development Fund Corporation and their property management companies, Richman Property Services Inc. and Metro 125, Inc. (collectively the "Landlord Defendants")

On August 7, 2025, Attorney Defendants filed a letter motion for the extension of time to file a motion to dismiss [DE 64], originally due on August 11, 2025. On August 8, 2025, Your Honor granted the application [DE 65], extending Attorney Defendants' deadline to September 3, 2025 and adjusting the opposition and reply deadlines accordingly. On September 3, 2025, the Attorney Defendants filed their motion to dismiss [DE 67].

Pursuant to Your Honor's August 8, 2025 Order [DE 65], the deadline for Plaintiff to file her opposition to Defendants' motion to dismiss is October 10, 2025. The deadline for Defendants to reply is October 24, 2025.

Pursuant to § I(c) of Your Honor's Individual Practice Rules, Plaintiff seeks an extension of the time to file her opposition to Attorney Defendants' motion to dismiss [DE 67] and states as follows:

- The original date is October 10, 2025.
- There have been no previous requests for extension of this deadline.
- Defendants consent to this request, so long as the deadline for reply papers is also extended by two weeks (*i.e.*, to November 7, 2025)

1

2

- **The request is to extend the deadline to October 24, and the deadline for reply papers to November 7, 2025.**

The extension is needed because the undersigned and co-counsel have had unexpected matters arise in other cases that have crowded out our ability to fully respond to the motion within the current deadline.

The undersigned thanks the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz