UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

**PERPETUAL ASHARE,**

                         **Plaintiff,**

    -against-

**SONTAG & HYMAN, P.C.,
MARC H. HYMAN,
EAST HARLEM MEC PARCEL C L.P.,
EAST HARLEM MEC PARCEL C HOUSING
FUND DEVELOPMENT CORPORATION,
METRO 125, INC and
RICHMAN PROPERTY SERVICES, INC.,**

                         **Defendants.**

Case No.: 1:24-cv-02834-GHW-KHP

-----------------------------------------------------------------------X

**DECLARATION OF AHMAD KESHAVARZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ATTORNEY DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, AHMAD KESHAVARZ declares under penalty of perjury that the foregoing is true and correct.

1. I am a member of the Bar of this Court and the principal for The Law Office of Ahmad Keshavarz for Plaintiff PERPETUAL ASHARE ("Plaintiff").

2. Attached hereto is a true and correct copy of **Exhibit A**, the November 18, 2022 trial court decision in LT-303005-20/NY, *Ormonde Equities LLC against Suzanne Jacoby*, filed on NYSCEF on November 22, 2022.

3. Attached hereto is a true and correct copy of **Exhibit B**, the Reply Brief of *East Harlem MEC Parcel C L.P.* authored and filed by the Attorney Defendants, and submitted to the Appellate Term in support of its unsuccessful appeal *E. Harlem MEC Parcel C, L.P. v. Smalls*, 82 Misc. 3d 127(A), 205 N.Y.S.3d 841 (N.Y. App. Term. 2024).

Dated: Brooklyn, New York
October 24, 2025

                                                                                                                                     /s/
                                                          Ahmad Keshavarz
                                                          Law Office of Ahmad Keshavarz
                                                          16 Court St., 26th Floor
                                                          Brooklyn, NY 11241
                                                          One of Plaintiff's Attorneys