USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2025

> Application GRANTED. Further, the Court hereby schedules an in-person case management conference to take place on **January 27, 2026, at 10:00 a.m.**, in Courtroom 17-D at 500 Pearl Street, New York, NY 10007. The parties are reminded of their obligation to meet and confer in good faith to narrow and, if possible, resolve discovery disputes. A week in advance of the conference, the parties shall file a joint agenda letter listing any outstanding disputes needing resolution at the conference.
>
> SO ORDERED:
>
> _Katharine H. Parker_  12/1/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Plaintiff's consent letter motion for extension of time to complete discovery.
*Perpetual Ashare v. Sontag & Hyman, P.C. et al.,* Case 1:25-cv-02834-GHW-KHP

Dear Judge Parker:

The undersigned, along with co-counsel Manhattan Legal Services, represents Plaintiff Perpetual Ashare the above-entitled action against alleging violations of the Fair Debt Collection Practices Act and various state law claims against the law firm Sontag & Hyman, P.C. and a principal at the firm, Marc H. Hyman, (collectively the "Attorney Defendants"); and state law claims based on the same nucleus of operative facts against property owners East Harlem Mec Parcel C, L.P., and East Harlem MEC Parcel C Housing Development Fund Corporation and their property management companies, Richman Property Services Inc. and Metro 125, Inc. (collectively the "Landlord Defendants").

The requested extension is needed because the parties continue to have disputes over the scope of discovery which will result in all parties needing more time to exchange discovery demands, produce and supplement responsive discovery answers, and schedule and conduct depositions.

Pursuant to § I(c) of Your Honor's Individual Practice Rules, Plaintiff seeks an extension of the original deadline to complete discovery:

- The original date to complete fact discovery is January 12, 2026.
- There have been no previous requests for extension of this deadline.
- Counsel for all Defendants consent to this request.
- The request is to extend the time to complete fact discovery by ninety days to Monday, April 13, 2026, as well as corresponding ninety-day extensions of the subsequent deadlines for expert discovery and summary judgment motions:
    - The deadline for affirmative expert reports from February 11, 2026, to May 12, 2026.
    - The deadline for rebuttal expert reports from March 13, 2026 to June 11, 2026.
    - The deadline for expert depositions and the close of all discovery from April 12,

      2026 to July 13, 2026.
- The deadline for summary judgment motions from May 12, 2026 to August 10, 2026.

    The undersigned thanks the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz