# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

December 16, 2025

**VIA ECF**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>   Re:   **Plaintiff's supplemental authority in support of her Opposition [Dkt. No. 72] to Attorney Defendants' Motion to Dismiss [Dkt. No. 67].**
>
>   *Perpetual Ashare v. Sontag & Hyman, P.C. et al.,* Case 1:25-cv-02834-GHW-KHP

Dear Judge Parker:

The undersigned, along with co-counsel Manhattan Legal Services, represents Plaintiff Perpetual Ashare in the above-entitled action.

On September 3, 2025, the Attorney Defendants filed their Motion to Dismiss [DE 67]. Plaintiff filed her Opposition on October 24, 2025 [DE 72], and Attorney Defendants filed a Reply on November 7, 2025 [DE 74].

Plaintiff files this letter to bring to the Court's attention a decision relevant to the pending Motion to Dismiss issued after the close of briefing.

On December 3, 2025, the New York State Appellate Division, Second Department, issued the attached opinion regarding a landlord and its attorneys filing an action for rental arrears against a tenant seeking to collect rent not owed in whole or in part. The Second Department held that this conduct stated claims for violations of General Business Law § 349 and gross negligence against both the landlord law firm and the landlord, and for violations of Judiciary Law § 487 against the landlord law firm. *Calixto v A. Balsamo & Rosenblatt, P.C.*, No. 2022-03787, 506969/21, 2025 N.Y. Slip Op. 06686, --- N.Y.S.3d ---, 2025 WL 3466767, at *2 (N.Y.A.D. 2 Dept., Dec. 03, 2025).

Sincerely,
/s/
Ahmad Keshavarz

cc: All Counsel via ECF