**MARSHALL DENNEHEY**

88 Pine Street, New York, NY, NY 10006
Direct Dial: (212) 376-6425
Email: mgjacobson@mdwcg.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2026

January 23, 2026

**APPLICATION GRANTED:** The case management conference in this matter scheduled for January 27, 2026, at 10:00 a.m., in Courtroom 17-D at 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, February 19, 2026 at 12:30 p.m.

APPLICATION GRANTED

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
01/23/2026

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *Perpetual Ashare v. Sontag & Hyman, P.C., et al.*
Case No. : 25-cv-02834

Dear Judge Parker:

This firm represents Defendants Sontag & Hyman, P.C. ("Sontag & Hyman") and Marc H. Hyman ("Hyman") (collectively, "Sontag & Hyman") in the above-referenced action. We write jointly with all other parties pursuant to the Court's December 1, 2025 Order (Dkt. 76).

The parties jointly request to adjourn the January 27, 2026 conference to the week of February 9, 2026. All parties all available on the mornings of February 10 and 11, if those dates are available for the Court.

The parties are jointly requesting this adjournment in order to further discuss settlement and resolution of several outstanding discovery issues before seeking court intervention.

Thank you for your time and consideration of this request.

Very truly yours,

*/s/ Michael G. Jacobson*
Michael G. Jacobson, Esq.

cc: **VIA ECF**

Ahmad Keshavarz, Esq.
Cecilia Sawaya MacArthur, Esq.
Mary Rockett, Esq.
George S. Sava, Esq