```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PERPETUAL ASHARE,

                            Plaintiff,            25-CV-2834 (GHW) (KHP)

            -against-                  **INITIAL CASE MANAGEMENT**
                                                            **CONFERENCE ORDER**

SONTAG & HYMAN, P.C., et al.,

                            Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Case Management Conference in this matter that is scheduled for Thursday, February 19, 2026 at 12:30 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, February 19, 2026, at 10:30 a.m.**

        **SO ORDERED.**

DATED:    New York, New York
                February 3, 2026

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge