# Ahmad Keshavarz

| | |
|---|---|
| **From:** | Jacobson, Michael G. <MGJacobson@MDWCG.com> |
| **Sent:** | Wednesday, November 12, 2025 4:53 PM |
| **To:** | Ahmad Keshavarz; Gary Port; Flanagan, Matthew K.; Molly Rockett; Luis A. Henriquez; Cecilia MacArthur; Kevin Gartland; George Sava |
| **Subject:** | Re: Ashare: continued discovery call with opposing counsel  LL Defendants. |

Ahmad.

Thanks. To follow up on your earlier email to me regarding the discovery items we agreed to yesterday, I am not able to respond by the end of the day due to being sick.  I will reply to you when I can in a timely manner.   Thanks for your understanding.



**Michael G. Jacobson**
*Attorney at Law*
Wall Street Plaza, 88 Pine St. 29th Floor, New York, NY 10005
Direct: (212) 376-6425 | Main: (212) 376-6400 | Fax: (212) 376-6490
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MGJacobson@MDWCG.com, or by telephone at (212) 376-6425 and then delete the message and its attachments from your computer.

---

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Wednesday, November 12, 2025 4:51:57 PM
**To:** Jacobson, Michael G. <MGJacobson@MDWCG.com>; Gary Port <gary@port-and-sava.com>; Flanagan, Matthew K. <MKFlanagan@MDWCG.com>; Molly Rockett <mrockett@lsnyc.org>; Luis A. Henriquez <Lahenriquez@lsnyc.org>; Cecilia MacArthur <cmacarthur@lsnyc.org>; Kevin Gartland <kevin@newyorkconsumerattorney.com>; George Sava <George@port-and-sava.com>
**Subject:** Ashare: continued discovery call with opposing counsel LL Defendants.
**When:** Monday, November 17, 2025 11:00 AM-1:30 PM.
**Where:** https://us02web.zoom.us/j/88911943046?pwd=P89UQX1eAIfuAObJxEwWzO4EBAbfNt.1

**WARNING: This email originated outside Marshall Dennehey. BE CAUTIOUS before clicking any link or attachment.**

Ahmad Keshavarz is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://us02web.zoom.us/j/88911943046?pwd=P89UQX1eAIfuAObJxEwWzO4EBAbfNt.1

Meeting ID: 889 1194 3046
Passcode: 514820

---