| Doc. Number | Type of Doc. | Date | Author | Recipient/ Addressee | CC: | Description | Applicable Privileges |
|---|---|---|---|---|---|---|---|
| 1 | Email | 7/24/2022 | Johnson-Clarke, Karlene <ClarkeK@richmanmgt.com> | Alicia Bruno <alicia@sontag-hyman.com>; Kathy Gambino <kathy@sontag-hyman.com>; Marc Hyman <mhyman@sontag-hyman.com> | Molina, Lissette <MolinaL@richmanmgt.com> | Email with subject "New Demands - East Harlem MEC Parcel C LP/ Metro 125 (2293 3rd Avenue)" initiated from client to attorney and attorney staff acting under direction of attorney for the purpose of obtaining legal advice on initiation of several cases against seven tenants for non-payment of rent. | Attorney-Client Privilege |
| 2 | Email | 4/3/2024 | Johnson-Clarke, Karlene <ClarkeK@richmanmgt.com> | <newlegal@sontag-hyman.com> | | Email with subject "Apt 806/Metro 125 - Perpetual Ashare" from client to | Attorney-Client Privilege |

| Doc. Number | Type of Doc. | Date | Author | Recipient/ Addressee | CC: | Description | Applicable Privileges |
|---|---|---|---|---|---|---|---|
| | | | | | | attorney regarding rent demand to plaintiff. | |
| 3 | PDF | | Pending further investigation | Pending further investigation | | Attachment to email labeled as Doc. Number 2 (pending further investigation). The document is titled "client intake sheet" and contains notes and information provided for the purposes of providing legal services. | Attorney-Client Privilege |
| 4 | PDF | 4/3/2024 | Pending further investigation | Pending further investigation. | | Attached to email labelled Document No. 2 (pending further investigation) | Attorney-Client Privilege |

| Doc. Number | Type of Doc. | Date | Author | Recipient/ Addressee | CC: | Description | Applicable Privileges |
|---|---|---|---|---|---|---|---|
| | | | | | | Resident Ledger provided by client to attorney for purposes of rent demand. | |
| 5 | Email | 5/23/2022 | Johnson-Clarke, Karlene <ClarkeK@richmanmgt.com> | Marc Hyman <mhyman@sontag-hyman.com>; Ellen Galarion <ellen@sontag-hyman.com> | Nanney <PenaN@richmanmgt.com>; Molina, Lissette <MolinaL@richmanmgt.com> | Email from client to attorney and attorney's staff requesting the rendering of legal services for a matter regarding Plaintiff not permitting access to premises for inspection. The attachments to this email have been produced and Bates Stamp numbers for said attachments will be provided. | Attorney-Client Privilege |

| Doc. Number | Type of Doc. | Date | Author | Recipient/ Addressee | CC: | Description | Applicable Privileges |
|---|---|---|---|---|---|---|---|
| 6 |  | 11/23/2024 | Marc Hyman | Karlene Johnson-Clarke <ClarkeK@richmanmgt.com>; Pena, Nanney <PenaN@richmanmgt.com> | Ellen Galarion <ellen@sontag-hyman.com> | Correspondence from attorney to clients regarding case strategy in LT-300890-24/HA | Attorney-Client Privilege |
|  |  |  |  |  |  |  |  |