**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| Document Number | Type of Document & Date | Author | Recipient/ Addressee | CC: | Description | Applicable Privileges |
|---|---|---|---|---|---|---|
| 7 | Email Dated: 2/22/24 | Stephanie Pellicano-Rendon<stephanie@mzarchitects.com> | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. com | PenaN@richmanmgt.com<br><br>rosani@mzarchitects. com<br><br>zenreich@mzarchitects. com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 8 | Email Dated: 1/30/24 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. com | Stephanie Pellicano-Rendon <stephanie@mzarchitects.com> | | Richman discussions with architects | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 9 | Email Dated: 1/5/24 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Stephanie Pellicano-Rendon <stephanie@mzarchitects.com> PenaN@richmanmgt.com | rosani@mzarchitects.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | a result of and during the course of the Smalls litigation and its defense | |
| 10 | Email Dated: 12/7/23 | Stephanie Pellicano-Rendon<stephanie@mzarchitects.com> | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com PenaN@richmanmgt.com | rosani@mzarchitects. com<br><br>zenreich@mzarchitects. com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | and its defense | |
|---|---|---|---|---|---|---|
| 11 | Email Dated: 12/6/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com | PenaN@richmanmgt.com Stephanie Pellicano-Rendon <stephanie@mzarchitects.com> | rosani@mzarchitects.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 12 | Email Dated: 12/6/23 | PenaN@richmanmgt.com | Stephanie Pellicano-Rendon <stephanie@mzarchitects.com> | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com rosani@mzarchitects.com | Richman discussions with architects concerning status | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | zenreich@mzarchitects.com | of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
|---|---|---|---|---|---|---|
| 13 | Email Dated: 11/15/23 | Stephanie Pellicano-Rendon<stephanie@mzarchitects.com> | PenaN@richmanmgt.com | Jennifer Ambrosecchia abrosecchiaj@richmancapital. Com rosani@mzarchitects.com<br><br>zenreich@mzarchitects.com | Richman Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | of and during the course of the Smalls litigation and its defense | |
| 14 | Email Dated: 11/14/23 | PenaN@richmanmgt.com | Stephanie Pellicano-Rendon <stephanie@mzarchitects.com> | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| 15 | Email Dated: 11/14/23 | Stephanie Pellicano-Rendon<stephanie@mzarchitects.com> | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com PenaN@richmanmgt.com rosani@mzarchitects. com | zenreich@mzarchitects. com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| --- | --- | --- | --- | --- | --- | --- |
| 16 | Email Dated: 11/13/23 | PenaN@richmanmgt.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com rosani@mzarchitects. com | zenreich@mzarchitects. com | Richman discussions with architects concerning status of building | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | renovati on to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 17 | Email Dated: 11/13/2 3 | Stephanie Pellicano-Rendo n stephanie@mzarchitects. com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com rosani@mzarchitects. com | PenaN@richmanmgt.com zenreich@mzarchitects. com | Richman discussi ons with architect s concerni ng status of building renovati on to the first floor and cellar as a result of and during the | Work Product Doctrin e |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | course of the Smalls litigation and its defense | |
| 18 | Email Dated: 11/13/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com | rosani@mzarchitects. Com Stephanie Pellicano-Rendon stephanie@mzarchitects.com | PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 19 | Email Dated: | rosani@mzarchitects. Com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. | PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with | Work Product |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

|  | 11/13/23 |  | Com |  | architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Doctrine |
|---|---|---|---|---|---|---|
| 20 | Email Dated: 11/13/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | rosani@mzarchitects. Com PenaN@richmanmgt.com zenreich@mzarchitects. com | Richman discussions with architects concerning status of building renovation to the first | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 21 | Email Dated: 11/12/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | rosani@mzarchitects. Com PenaN@richmanmgt.com zenreich@mzarchitects. com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | litigation and its defense | |
|---|---|---|---|---|---|---|
| 22 | Email Dated: 9/15/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital. Com | rosani@mzarchitects. Com PenaN@richmanmgt.com zenreich@mzarchitects. com | Richman discussi ons with architect s concerni ng status of building renovati ons to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrin e |
| 23 | Email Dated: 9/15/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com Com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | rosani@mzarchitects. Com PenaN@richmanmgt.com zenreich@mzarchitects. com | Richman discussi ons with architect s concerni | Work Product Doctrin e |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ng status of building renovati on to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 24 | Email Dated: 9/15/23 | Stephanie Pellicano-Rendo n stephanie@mzarchitects. com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | rosani@mzarchitects. Com PenaN@richmanmgt.com zenreich@mzarchitects. com | Richman discussi ons with architect s concerni ng status of building renovati on to the first floor and cellar as a result | Work Product Doctrin e |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | of and during the course of the Smalls litigation and its defense | |
| 25 | Email Dated: 9/15/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | rosani@mzarchitects. Com PenaN@richmanmgt.com zenreich@mzarchitects. com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| 26 | Email Dated: 7/25/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@richmancapital.com | rosani@mzarchitects.Com PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| --- | --- | --- | --- | --- | --- | --- |
| 27 | Email Dated: 7/25/23 | Jennifer Ambrosecchia abrosecchiaj@richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | | Richman discussions with architects concerning status of building | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 28 | Email Dated: 7/25/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | course of the Smalls litigation and its defense | |
|---|---|---|---|---|---|---|
| 29 | Email Dated: 7/25/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 30 | Email Dated: 7/18/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | rosani@mzarchitects. Com PenaN@richmanmgt.com | Richman discussions with | Work Product |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | zenreich@mzarchitects.com | architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Doctrine |
| 31 | Email Dated: 7/18/23 | Jennifer Ambrosecchia abrosecchiaj@richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | rosani@mzarchitects.Com PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 31 | Email Dated: 7/13/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | rosani@mzarchitects.Com PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | litigation and its defense | |
|---|---|---|---|---|---|---|
| 32 | Email Dated: 7/13/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 33 | Email Dated: 7/13/23 | PenaN@richmanmgt.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com zenreich@mzarchitects.com | Richman discussions with architects concerni | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ng status of building renovati on to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 34 | Email Dated: 7/12/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | | Richman discussi ons with architect s concerni ng status of building renovati on to the first floor and cellar as a result | Work Product Doctrin e |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | of and during the course of the Smalls litigation and its defense | |
|---|---|---|---|---|---|---|
| 35 | Email Dated: 7/12/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| 36 | Email Dated: 7/12/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| --- | --- | --- | --- | --- | --- | --- |
| 37 | Email Dated: 7/12/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com PenaN@richmanmgt.com | | Richman discussions with architects concerning status of building | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 38 | Email Dated: 7/11/23 | Jennifer Ambrosecchia abrosecchiaj@richmancapital.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com PenaN@richmanmgt.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | course of the Smalls litigation and its defense | |
| 39 | Email Dated: 7/11/23 | PenaN@richmanmgt.com | Stephanie Pellicano-Rendon stephanie@mzarchitects.com Jennifer Ambrosecchia abrosecchiaj@richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 40 | Email Dated: 5/4/23 | Stephanie Pellicano-Rendon stephanie@mzarchitects.com | Jennifer Ambrosecchia abrosecchiaj@richmancapital.com | PenaN@richmanmgt.com | Richman discussions with | Work Product |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Doctrine |
| 41 | Email Dated: 5/3/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | Michelle | PenaN@richmanmgt.com | Richman discussions with architects concerning status of building renovation to the first | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 42 | Email Dated: 5/3/23 | PenaN@richmanmgt.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | EastwoodDavis, Theresa | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls | Work Product Doctrine

Attorney-Client Privilege |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | litigation and its defense and discussions with attorneys | |
| 43 | Email Dated: 3/7/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | PenaN@richmanmgt.com | Michelle | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| 44 | Email Dated: 3/7/23 | PenaN@richmanmgt.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
|---|---|---|---|---|---|---|
| 45 | Email Dated: 3/7/23 | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | PenaN@richmanmgt.com | | Richman discussions with architects concerning status of building | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 46 | Email Dated: 3/7/23 | PenaN@richmanmgt.com | Jennifer Ambrosecchia abrosecchiaj@ richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | course of the Smalls litigation and its defense | |
| 47 | Email Dated: 7/28/23 | zenreich@mzarchitects.com | Peña, Nanney <PenaN@richmanmgt.com>; Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com>; 'Stephanie' <Stephanie@mzarchitects.com | rosani@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 48 | Email Dated: 7/28/23 | PenaN@richmanmgt.com | zenreich@mzarchitects.com Ambrosecchia, Jennifer <AmbrosecchiaJ@richmanca | rosani@mzarchitects.com | Richman discussions with | Work Product |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | pital.com>; 'Stephanie' <Stephanie@mzarchitects.com | | architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Doctrine |
| 49 | Email Dated: 7/28/23 | zenreich@mzarchitects.com | Peña, Nanney <PenaN@richmanmgt.com>; Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com>; 'Stephanie' <Stephanie@mzarchitects.com | rosani@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 50 | Email Dated: 7/28/23 | PenaN@richmanmgt.com | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com>; 'Stephanie' <Stephanie@mzarchitects.com | zenreich@mzarchitects.com rosani@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | litigation and its defense | |
| 51 | Email Dated: 7/26/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | PenaN@richmanmgt.com Stephanie@mzarchitects.com | zenreich@mzarchitects.com rosani@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 52 | Email Dated: 7/25/23 | Stephanie@mzarchitects.com | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | PenaN@richmanmgt.com zenreich@mzarchitects.com rosani@mzarchitects.com | Richman discussions with architects concerni | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ng status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 53 | Email Dated: 7/25/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | Stephanie@mzarchitects.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | of and during the course of the Smalls litigation and its defense | |
| 54 | Email Dated: 7/25/23 | Stephanie@mzarchitects.com | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| 55 | Email Dated: 7/25/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmanc apital.com | Stephanie@mzarchitects.com | | Richman discussi ons with architect s concerni ng status of building renovati on to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrin e |
| --- | --- | --- | --- | --- | --- | --- |
| 55 | Email Dated: 7/18/23 | Stephanie@mzarchitects.co m | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmanca pital.com rosani@mzarchitects.com | PenaN@richmanmgt.com zenreich@mzarchitects.c om | Richman discussi ons with architect s concerni ng status of building | Work Product Doctrin e |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | renovati on to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 56 | Email Dated: 7/18/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmanc apital.com | Stephanie@mzarchitects.com | PenaN@richmanmgt.com zenreich@mzarchitects.c om | Richman discussi ons with architect s concerni ng status of building renovati on to the first floor and cellar as a result of and during the | Work Product Doctrin e |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | course of the Smalls litigation and its defense | |
| 57 | Email Dated: 7/13/23 | Stephanie@mzarchitects.com | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 58 | Email Dated: 7/13/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | Stephanie@mzarchitects.com | | Richman discussions with | Work Product |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Doctrine |
|---|---|---|---|---|---|---|---|
| 59 | Email Dated: 7/12/23 | PenaN@richmanmgt.com | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | Stephanie@mzarchitects.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
|---|---|---|---|---|---|---|
| 60 | Email Dated: 7/12/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | Stephanie@mzarchitects.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | litigation and its defense | |
| 61 | Email Dated: 7/12/23 | Stephanie@mzarchitects.com | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | PenaN@richmanmgt.com zenreich@mzarchitects.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 62 | Email Dated: 7/12/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | Stephanie@mzarchitects.com | | Richman discussions with architects concerni | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ng status of building renovati on to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 63 | Email Dated: 7/12/23 | Stephanie@mzarchitects.co m | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmanca pital.com PenaN@richmanmgt.com | | Richman discussi ons with architect s concerni ng status of building renovati on to the first floor and cellar as a result | Work Product Doctrin e |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | of and during the course of the Smalls litigation and its defense | |
| 64 | Email Dated: 7/11/23 | Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | Stephanie@mzarchitects.com PenaN@richmanmgt.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| 65 | Email Dated: 7/11/23 | PenaN@richmanmgt.com | Stephanie@mzarchitects.com Ambrosecchia, Jennifer <AmbrosecchiaJ@richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 66 | Email Dated: 5/4/23 | Stephanie@mzarchitects.com | <AmbrosecchiaJ@richmancapital.com | PenaN@richmanmgt.com | Richman discussions with architects concerning status of building | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 67 | Email Dated: 5/3/23 | <AmbrosecchiaJ@richmancapital.com | Stephanie@mzarchitects.com | PenaN@richmanmgt.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

|  |  |  |  |  | course of the Smalls litigation and its defense |  |
|---|---|---|---|---|---|---|
| 68 | Email Dated: 5/3/23 | <AmbrosecchiaJ@richmancapital.com | Michelle <michelle@mzarchitects.com> | PenaN@richmanmgt.com | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | Work Product Doctrine |
| 69 | Email Dated: 5/3/23 | PenaN@richmanmgt.com | <AmbrosecchiaJ@richmancapital.com | EastwoodDavis, Theresa <EastwoodDavist@richmanmgt.com> | Richman discussions with | Work |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense and discussions with attorneys | Product Doctrine<br><br>Attorney-Client Privilege |
| 70 | Email Dated: 3/7/23 | <AmbrosecchiaJ@richmancapital.com | PenaN@richmanmgt.com | Michelle <michelle@mzarchitects.com> | Richman discussions with architects concerning status | Work Product Doctrine |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense | |
| 71 | Email Dated: 3/7/23 | PenaN@richmanmgt.com | <AmbrosecchiaJ@richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and | Work Product Doctrine<br><br>Attorney-Client Privilege |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | during the course of the Smalls litigation and its defense | |
| 72 | Email Dated: 3/7/23 | <AmbrosecchiaJ@richmancapital.com | PenaN@richmanmgt.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense and | Work Product Doctrine

Attorney-Client Privilege |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**

| | | | | | discussions with attorneys | |
|---|---|---|---|---|---|---|
| 73 | Email Dated: 3/7/23 | PenaN@richmanmgt.com | <AmbrosecchiaJ@richmancapital.com | | Richman discussions with architects concerning status of building renovation to the first floor and cellar as a result of and during the course of the Smalls litigation and its defense and discussions with attorneys | Work Product Doctrine  Attorney-Client Privilege |

**Richman/East Harlem Entities Amended Supplemental Privilege Log**