**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
PERPETUAL ASHARE,

                              Plaintiff,                      25-CV-2834 (GHW) (KHP)

            -against-                         **POST-CASE MANAGEMENT**
                                                                    **CONFERENCE SCHEDULING**
SONTAG & HYMAN, P.C., et al.,                    **ORDER**

                              Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties in the above-captioned case appeared before the undersigned on February 19, 2026 for a case management conference. On the record at the conference, the Court ordered the following:

- No further discovery is permitted regarding the General Business Law and Judiciary Law claims.

- Plaintiff shall file her motion to compel production of emails withheld by the Landlord Defendants as privileged on or before **March 5, 2026**. Opposition due **March 19, 2026**. Reply by **March 26, 2026**. The Court accepted the withheld emails as submitted in camera during the conference.

- The Court will schedule a settlement conference in a separate order. However, Defendants shall make a counteroffer to Plaintiff one week from the date of the case management conference (*i.e.*, **February 26, 2026**).

- Discovery and dispositive motion deadlines are hereby extended by 30 days, such that fact discovery will close **May 13, 2026**. Expert discovery will close **August 12, 2026**. Summary judgment motions shall be due **September 9, 2026**.

- The Court permitted the Plaintiff to serve contention interrogatories on the record, subject to the rules of discovery and the objections of the Defendants.

- The Attorney Defendants have until **March 5, 2026**, to produce the emails discussed on the record.

**SO ORDERED.**

DATED:   New York, New York
         February 20, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

3