

**PORT & SAVA**
COUNSELORS AT LAW

GARY B. PORT
gary@port-and-sava.com

March 4, 2026

Magistrate Judge Katharine H. Parker
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        Re:    Perpetual Ashare v. Sontag & Hyman, P.C., et. al.
               1:25-cv-02834-GHW-KHP

Dear Judge Parker,

      On behalf of the Landlord Defendants and the Plaintiff, we write to provide the Court an update as well as seek a one (1) week extension of the briefing schedule with regard to the Landlord Defendants' Supplemental Privilege Log.

      With regard to the recent Court Order wherein the Defendants were directed to make counteroffers to the Plaintiff by February 26, 2026, at present the Co-Defendant Attorney Defendants did make a formal counteroffer. However, the Landlord Defendants were unable to provide a counteroffer to Plaintiff's counsel as the Landlord Defendants have not, at this time, been granted authority to make a counteroffer.

      As the Court is aware, an insurance company has recently stepped forward with regard to coverage issues in this matter. At present, we are working diligently with said company to get them caught up on the state of the litigation and provide them with all necessary information with regard to the matter. Said company is also aware of the settlement conference in April and is not taking this matter lightly. As such, if a resolution of this matter can happen we are hopeful that it can be done prior to the April conference.

      Therefore, the Plaintiff requests a date certain by which the Landlord Defendants tender a formal counteroffer to Plaintiff by March 10. Landlord Defendants will comply with that date to make an offer to the Plaintiff.

      Further still, we have been in discussions with Plaintiff's counsel regarding the briefing schedule with regard to Landlord Defendants' Supplemental Privilege Log. At present, Plaintiff must submit a brief by March 5, 2026. We respectfully request a one (1) week adjournment as given the discussions at the conference. Plaintiff's application would be due March 12, and the Opposition of Landlord Defendants would be due March 19. We are assessing whether some or all of the emails can be turned over. We will be able to make a determination this week and would opt not to waste Court resources if the designated work product communications are to be provided.

      We are available to answer any questions. We thank the Court for its time and attention.

                                                    Respectfully yours,

                                                    Gary B. Port