# AHMAD KESHAVARZ
*Attorney at Law*

16 ...
Br... 

NewYorkConsumerAttorney.com
ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

March 11, 2026

**VIA ECF**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
*[signature]* 3/12/2026
Hon. Katharine H. Parker, U.S.M.J.

Re:   Joint Letter Motion for Extension of Time for Plaintiff's Motion to Compel against the Landlord Defendants.
*Perpetual Ashare v. Sontag & Hyman, P.C. et al.,* Case 1:25-cv-02834-GHW-KHP

Dear Judge Parker:

The undersigned, along with co-counsel Manhattan Legal Services, represents Plaintiff Perpetual Ashare in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against Sontag & Hyman, P.C. and a principal at the firm, Marc H. Hyman, (collectively the "Attorney Defendants"); and state law claims against property owners East Harlem Mec Parcel C, L.P., and East Harlem MEC Parcel C Housing Development Fund Corporation and their property management companies, Richman Property Services Inc. and Metro 125 Inc. (collectively the "Landlord Defendants").

Plaintiff and the Landlord Defendants write jointly to request an extension of one week for the previously set briefing schedule of Plaintiff's Motion to Compel against the Landlord Defendants. On Monday, March 9, the Landlord Defendants produced additional emails and an updated, extensive privilege log. Plaintiff's counsels are still reviewing the new production and privilege log, and seek more time to review in order to revise and clarify the Motion.

The Motion is currently due March 12, 2026, and Landlord Defendants' Response is currently due March 19, 2026. **Plaintiff and the Landlord Defendants seek to extend these deadlines to March 19, 2026, and March 26, 2026, respectively.** This is the second request for extension of this deadline. Plaintiff's counsel apologizes for not submitting this request earlier in accordance with Your Honor's Individual Rule 1(c).

The Parties thank the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz