# PORT & SAVA
COUNSELORS AT LAW

GEORGE S. SAVA

george@portandsava.com

March 20, 2026

Magistrate Judge Katharine H. Parker
Southern District of New York
Daniel Patrick Moynihan
United State Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    Perpetual Ashare v. Sontag & Hyman, P.C., et. al.
>        1:25-cv-02834-GHW-KHP

Dear Judge Parker,

On behalf of the parties herein, and in accordance with Court Order, we write to provide the Court with an update on the above-referenced matter.

The parties, by and through their respective counsel, respectfully notify the Court that they have reached a settlement in principle of all claims in the above-captioned matter.

Moreover, Counsel for the parties are currently in the process of finalizing and executing the formal written Settlement/Release Agreement and Order of Dismissal. To this end, the parties expect to file an Order of Dismissal with prejudice within forty-five (45) days of this notice.

In light of the settlement, the parties respectfully request that the Court vacate all currently scheduled deadlines and hearings to allow the parties to finalize the closing documentation.

We thank the Court for its time and attention.

Respectfully yours,

George S. Sava

REPLY TO:
PRIMARY:        303 MERRICK ROAD      SUITE 212      LYNBROOK    NEW YORK      11563      T: (516)-352-2999      F: (516) 352-3933
LAW OFFICE OF GARY PORT, P.C., D//B/A PORT & SAVA