UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PERPETUAL ASHARE,

Case No.: 1:25-02834-GHW-KHP

Plaintiff,

-against-

SONTAG & HYMAN, P.C.,
MARC H. HYMAN, EAST HARLEM MEC
PARCEL C L.P., EAST HARLEM MEC
PARCEL C HOUSING DEVELOPMENT
FUND CORPORATION, RICHMAN PROPERTY
SERVICES, INC., and METRO 125, INC.,

Defendants.
----------------------------------------------------------------X

### AGREED ORDER OF DISMISSAL

Plaintiff, PERPETUAL ASHARE, hereby voluntarily dismisses this action against Defendants SONTAG & HYMAN, P.C., MARC H. HYMAN, EAST HARLEM MEC PARCEL C L.P, EAST HARLEM MEC PARCEL C HOUSING DEVELOPMENT FUND CORPORATION, and RICHMAN PROPERTY SERVICES, INC., with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this** _____ **day of** _____, **2026.**

_____
**Hon. Gregory H. Woods**
**District Judge**

AGREED BY:

Plaintiff PERPETUAL ASHARE

By: _____

Ahmad Keshavarz
The Law Office of Ahmad Keshavarz

By: _____

Mary Rockett, of Counsel
Manhattan Legal Services

Defendants SONTAG & HYMAN, P.C. and MARC H. HYMAN

By: _____

Matthew Flanagan
Marshall Dennehey, P.C.

Defendants EAST HARLEM MEC PARCEL C L.P., EAST HARLEM HOUSING DEVELOPMENT FUND CORPORATION, and RICHMAN PROPERTY SERVICES, INC.

By: _____

George Sava
Port & Sava